Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000549
30-MAR-2016
08:31 AM

NO. CAAP-15-0000549

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MICHIKO IMURA, Plaintiff-Appellant, v.
VICTOR PAUL CHING, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-6289)

ORDER APPROVING THE MARCH 23, 2016
"STIPULATION AND ORDER FOR DISMISSAL OF APPEAL"
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation and Order for Dismissal of Appeal, filed March 23, 2016, by Plaintiff-Appellant Michiko Imura, the papers in support, and the record, it appears that (1) the appeal was docketed on August 17, 2015; (2) the parties stipulate to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel and all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, March 30, 2016.


Presiding Judge


Associate Judge


Associate Judge